```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/13/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
ERIC C. THOMPSON,                                            :
:
               Plaintiff,                           :
:       **ORDER**
            -against-                                     :       23-CV-00996 (LGS) (KHP)
:
KILOLO KIJAKAZI,                                             :
Acting Commissioner of Social Security,                      :
:
               Defendant.                           :
:
-------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge**.

      This case has been referred to me for a report and recommendation. The parties shall meet and confer to discuss whether they jointly consent to decision of this action by a United States Magistrate Judge (that is, the undersigned). If the parties jointly consent, they shall complete the consent form available on the Southern District website at http://nysd.uscourts.gov/file/forms/consent-to-proceed-before-us-magistrate-judge, and return the form to the Honorable Lorna G. Schofield, the assigned district judge, for approval. If either or both parties do not consent, counsel for Plaintiff shall file a letter to ECF no later than **Tuesday, April 11, 2023**, stating that the parties do not consent, without indicating any particular party's consent or non-consent.

      This Order is not meant to interfere in any way with the parties' absolute right to decision by a United States District Judge, but is merely an attempt at preserving scarce judicial resources and reminding the parties of their option pursuant to 28 U.S.C. § 636(c).

**SO ORDERED.**

Dated: February 13, 2023
New York, New York

*Katharine H. Parker*

KATHARINE H. PARKER
United States Magistrate Judge