```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/28/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
                                                                :
ERIC C. THOMPSON,                                               :
                                                                :
                            Plaintiff,                          :
                                                                :          **ORDER**
               -against-                                        :        23-CV-00996 (KHP)
                                                                :
MARTIN O'MALLEY,                                                :
Commissioner of Social Security,                                :
                                                                :
                            Defendant.                          :
                                                                :
----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge**.

      Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Clerk of the Court is respectfully directed to substitute Martin O'Malley for Kilolo Kijakazi as the defendant in this suit, and to update the case caption to reflect the substitution.

      **SO ORDERED.**

Dated:   December 28, 2023
         New York, New York

_[signature: Katharine H Parker]_
_____
KATHARINE H. PARKER
United States Magistrate Judge